Michael S. Davis
Greg M. Bernhard
Mary G. McCarthy
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Petitioners*
*National Union Fire Insurance Company of Pittsburgh, Pa.*
*and American International South Insurance Company*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,

        Petitioners,

- and -

THE UNITED COMPANY,

        Respondent.

Case No.: 08 CV 3147

JUDGE CEDARBAUM

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

---

The undersigned attorneys of record for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and American International South Insurance Company ("AISIC") certify that American International Group, Inc. is a publicly traded company and the parent corporation of National Union and AISIC.

Dated:   New York, New York
           March 27, 2008

                                        ZEICHNER ELLMAN & KRAUSE LLP

                                        By: /s/ Michael S. Davis
                                             Michael S. Davis
                                             Greg M. Bernhard
                                             Mary G. McCarthy
                                               Attorneys for Petitioners
                                             575 Lexington Avenue
                                             New York, New York 10022
                                             (212) 223-0400