Michael S. Davis
Greg M. Bernhard
Mary G. McCarthy
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Petitioners*
*National Union Fire Insurance Company of Pittsburgh, Pa.*
  *and American International South Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,<br><br>Petitioners,<br><br>- against -<br><br>THE UNITED COMPANY,<br><br>Respondent. | Case No.  08-CV-3147 (MGC)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the Petition to Compel Arbitration and the exhibits thereto, the accompanying memorandum of law; the undersigned attorneys for Petitioners National Union Fire Insurance Company of Pittsburgh, Pa. and American International South Insurance Company (collectively, the "AIG Companies"), will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order compelling The United Company ("Respondent") to arbitrate its dispute with the AIG Companies, and granting such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's instructions any written opposition shall be served by April 4, 2008 and the Motion will be heard on April 8, 2008 at 2:30 p.m. before the Honorable Judge Miriam Cedarbaum in Courtroom 14A.

Dated: New York, New York
       March 28, 2008

                              ZEICHNER ELLMAN & KRAUSE LLP

                          By: _____
                               Michael S. Davis
                               Greg M. Bernhard
                               Mary G. McCarthy
                               Attorneys for Petitioners
                                 National Union Fire Insurance Company
                                 Of Pittsburgh, Pa. and American International
                                 South Insurance Company
                               575 Lexington Avenue
                               New York, New York 10022
                               (212) 223-0400

TO: Samuel D. Hinkle IV, Esq.
     Adam T. Goebel, Esq.
     STOLL KEENON OGDEN PLLC
     2000 PNC Plaza
     500 Jefferson Street
     Louisville, Kentucky 40202-2828
     Telephone: (502) 333-6000
     Facsimile: (502) 562-0909

     John G. Nevius, Esq., P.E.
     Greg Hansen, Esq.
     ANDERSON KILL & OLICK, P.C.
     1251 Avenue of the Americas
     New York, New York 10020
     Telephone: (212) 278-1000
     Facsimile: (212) 278-1733

Michael S. Davis
Greg M. Bernhard
Mary G. McCarthy
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Petitioners*
*National Union Fire Insurance Company of Pittsburgh, Pa.*
*and American International South Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,<br><br>Petitioners,<br><br>- against -<br><br>THE UNITED COMPANY,<br><br>Respondent. | Case No.   08-CV-3147 (MGC)<br><br>**AFFIDAVIT OF SERVICE**<br>**BY HAND DELIVERY** |

STATE OF NEW YORK,
COUNTY OF NEW YORK

Anthony Rosario, being duly sworn, deposes and says: that I am over the age of eighteen years, am not a party herein, and reside in Bronx County, New York and that on the 28th day of March, 2008 at approximately 3:15 p.m., I served a true copy of the within **NOTICE OF MOTION, SUMMONS AND PETITION TO COMPEL ARBITRATION WITH EXHIBITS AND MEMORANDUM OF LAW IN SUPPORT** upon the attorneys hereinafter named at the place hereinafter stated and set opposite their respective names by hand delivering the same to said attorneys at its last known address given below:

John G. Nevius, Esq., P.E.
Greg Hansen, Esq.
Anderson, Kill & Olick, P.C.
Attorneys for Respondent
The United Company
1251 Avenue of the Americas
New York, New York 10020

_____
ANTHONY ROSARIO

Sworn to before me this
28 day of March, 2008.

_____
NOTARY PUBLIC

MICHAEL W. ANTONIVICH
Notary Public, State of New York
No. 01AN4762190
Qualified in Nassau County
Commission Expires June 30, 20__

521872.v1/10670-009/ar