Michael S. Davis
Greg M. Bernhard
Mary G. McCarthy
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Petitioners*
*National Union Fire Insurance Company of Pittsburgh, Pa.*
*    and American International South Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY,<br><br>                    Petitioners,<br><br>            - and -<br><br>THE UNITED COMPANY,<br><br>                    Respondent. | Case No.:   08-CV-3147 (MGC)<br><br>**DECLARATION**<br>**IN FURTHER SUPPORT OF**<br>**MOTION TO COMPEL**<br>**ARBITRATION** |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

MICHAEL S. DAVIS, pursuant to 28 U.S.C. § 1746, declares:

1.  I am an attorney admitted to practice before this Court and associated with Zeichner Ellman & Krause LLP, attorneys for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. and American International South Insurance Company (collectively, the "AIG Companies"), on behalf of themselves and each of the related insurers that provided coverage to Respondent. I make this Declaration in further

support of the AIG Companies' request for an Order to compel Respondent to arbitrate the disputes asserted in the Complaint.[1]

    2.    Annexed hereto are the following documents:

| | |
|---|---|
| Exhibit 1 | Letter dated August 28, 2007 from Jack W. Wiley of the Office of Insurance of the Commonwealth of . |
| Exhibit 2 | Policy Declarations Sheet for Policy WC 720—94-31 |
| Exhibit 3 | Coverage Notifications Forms filed with the United States Dept. of Labor |
| Exhibit 4 | Notices of Policy Termination Filed in Kentucky |

    3.    I declare under penalties of perjury that the foregoing is true and correct.

Dated:    April __, 2008

_____
MICHAEL S. DAVIS

---

[1] Capitalized terms herein have the defined same meaning as set forth in the Petition.

EXHIBIT 1

Ernie Fletcher
Governor



Teresa J. Hill
Secretary

Commonwealth of Kentucky
### Environmental and Public Protection Cabinet
Office of Insurance
Consumer Protection and Education Division
P.O. Box 517
Frankfort, Kentucky 40602
(502) 564-6034
(800) 595-6053
Fax (502) 564-6090
http://doi.ppr.ky.gov


RECEIVED
AUG 2 9 2007
CONSUMER COMPLAINTS

August 28, 2007

Thomas D. Griffin
P.O. Box 1280
Bristol, VA 24203 - 1280

Dov Olly

**RE: Our File No. 2007JWW213**

Dear Mr. Griffin:

Enclosed is a copy of the insurance company's response to the above referenced complaint. Our investigation indicates that the insurance company has not violated any insurance laws. The final answer to your complaint depends on a legal or factual determination and is beyond our statutory authority. According to 806 KAR 2:050, Section 2, legal or factual determinations can be made only by the courts.

If you have additional questions or need clarification, please contact me.

Sincerely,

Jack Wiley

Jack W Wiley
Supervisor - Property & Casualty
Jack.Wiley@ky.gov

JWW/dd
Enclosure
Cc:
Tahaiwa Quarless, Manager
American International South Insurance Company
Consumer Complaints
175 Water Street, 18th Floor
New York, NY 10038



KentuckyUnbridledSpirit.com                          An Equal Opportunity Employer M/F/D

EXHIBIT 2

| AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY<br>18139 | AGENT NUMBER<br>11657-0000 | POLICY NUMBER<br>WC 720-94-31<br>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-00 |

PENNSYLVANIA

THE UNITED COMPANY
1005 GLENWAY AVENUE
BRISTOL, VA 24201-3473

**AIG** Member Companies of
American International Group

EXECUTIVE OFFICES:
70 PINE STREET, NEW YORK, N.Y. 10270

SEE NAME AND ADDRESS SCHEDULE - WC990610
I.D#

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY INFORMATION PAGE**

ACORDIA OF WV-BLUEFIELD
320 FEDERAL ST
BLUEFIELD, WV 24701-3006

INSURED IS CORPORATION

PREVIOUS POLICY NUMBER
NEW

OTHER WORKPLACES NOT SHOWN ABOVE: SEE NAME AND ADDRESS SCHEDULE - WC990610

ITEM 2  POLICY PERIOD 12:01 A.M. standard time at the insured's mailing address   FROM 11/01/06   TO 11/01/07

ITEM 3  A. Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here:
KY VA

B. Employers Liability Insurance: Part Two of the policy applies to the work in each state listed in Item 3.A.
The limits of our liability under Part Two are:
Bodily Injury by Accident $ 1,000,000 each accident
Bodily Injury by Disease  $ 1,000,000 policy limit
Bodily Injury by Disease  $ 1,000,000 each employee

C. Other States Insurance: Part Three of the policy applies to the states, if any, listed here:
AK AR AZ CO CT DC GA HI IA ID IL IN KS LA MD MO MS NC NE NH NM NV OK OR PA RI SC SD TN TX UT WI

ITEM 4  The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

| Classifications | Code Number | Estimated Total Remuneration [X] Annual [ ] 3 Year | Rate Per $100 OF Remuneration | Estimated Premium [X] Annual [ ] 3 Year |
|---|---|---|---|---|
| SEE EXTENSION OF INFORMATION PAGE - WC7754<br>TAXES/ASSESSMENTS/SURCHARGES | | | | $124,293 |

EXPENSE CONSTANT (EXCEPT WHERE APPLICABLE BY STATE)   $160 VA
MINIMUM PREMIUM   $750 KY       TOTAL ESTIMATED PREMIUM   $2,052,835
If indicated below, interim adjustments of premium shall be made:
[ ] Semi-Annually   [ ] Quarterly   [ ] Monthly   DEPOSIT PREMIUM   $2,052,835
ENDORSEMENTS (FORM NUMBER)   SEE ATTACHED FORM SCHEDULE - WC990612

11/28/06 CLEVELAND           21
Issue Date                   Issuing Office         Authorized Representative   WC 00 00 01
39967         *Archive Copy*

**EXHIBIT 3**

1. Mine Operator: **The United Company**
2. Address: **1005 Glenway Avenue, Bristol, VA 24203**
       Street     City     County     State     Zip
3. Policy Number: **WC 720-94-31**
4. Policy Dates: a. Beginning **11/01/06**    b. Expiration **11/01/07**

Report is made of this issue of approved form of policy and endorsement under the Federal Coal Mine Health and Safety Act of 1969, as amended.

5. Coverage is provided for operations in the following States: **Kentucky and Virginia**

6. Insurance Carrier: **American International South Insurance Company**    DO NOT WRITE HERE
7. Address: **1375 E. Ninth Street, Cleveland, OH 44114**
8. Authorized Signature for Carrier: *Vincent Catapano*

    OWCP-No.
    Cancel Date

Completed card should be forwarded to U.S. Department of Labor, Office of Workmen's Compensation, Washington, D.C. 20210

FORM CM 921

*Mailed 11-16-06*

NU / UW 1000067

1. Mine Operator: Wellmore Coal Company
2. Address: 1005 Glenway Avenue, Bristol, VA 24203
   Street          City          County          State          Zip
3. Policy Number: WC 720-94-31
4. Policy Dates: a. Beginning 11/01/06    b. Expiration 11/01/07

Report is made of this issue of approved form of policy and endorsement under the Federal Coal Mine Health and Safety Act of 1969, as amended.

5. Coverage is provided for operations in the following States: **Kentucky and Virginia**

6. Insurance Carrier: American International South Insurance Company    DO NOT WRITE HERE
7. Address: 1375 E. Ninth Street, Cleveland, OH 44114
   OWCP No.
   Copy Date
8. Authorized Signature for Carrier: *[signature: Vincent Catapano]*

Completed card should be forwarded to U.S. Department of Labor, Office of Workmen's Compensation, Washington, D.C. 20210
FORM CM 921

*[handwritten: Mailed 11-16-06]*

NU / UW 1000102

1. Mine Operator: **Sapphire Coal Company**
2. Address: **7727 Highway IN, Whitesburg, KY 41858**
   Street        City           County        State        Zip
3. Policy Number:
   **WC 720-94-31**
4. Policy Dates: a. Beginning **11/01/06**   b. Expiration **11/01/07**

Report is made of this issue of approved form of policy and endorsement under the Federal Coal Mine Health and Safety Act of 1969, as amended.

5. Coverage is provided for operations in the following States: **Kentucky and Virginia**

6. Insurance Carrier: **American International South Insurance Company**     DO NOT WRITE HERE
7. Address: **1375 E. Ninth Street, Cleveland, OH 44114**
   OWCP No.
   Cancel Date
8. Authorized Signature for Carrier  *[signature: Vincent Catapano]*

Completed card should be forwarded to U.S. Department of Labor, Office of Workmen's Compensation, Washington, D.C. 20210
FORM CM 921

*[handwritten: Mailed 11-16-06]*

NU / UW 1000087

EXHIBIT 4

WCI-2
Rev. 12/94

**DEPARTMENT OF WORKERS' CLAIMS**
1270 Louisville Road
Frankfort, Kentucky 40601

**NOTICE OF POLICY CHANGE OR TERMINATION**

NO TERMINATION OF COVERAGE SHALL TAKE EFFECT GREATER THAN TEN (10) DAYS PRIOR TO RECEIPT BY THE COMMISSIONER UNLESS THE EMPLOYER HAS OBTAINED OTHER INSURANCE AND THE COMMISSIONER HAS BEEN NOTIFIED BY THE INSURER ASSUMING THE RISK...COMMISSIONER'S POLICY PROHIBITS CANCELLING MORE THAN THREE IN ADVANCE...

**THIS IS TO CERTIFY THAT:**

**FEIN** 54-2024819

1. Name of Insured    **Sapphire Coal Company**    ; DBA _____
   _Name of corporation or owners(s)_

   Nature of Business **Underground Coal Mining**    ; Phone No. _____

   Business Address: _____**Route 7, 1 Mile North of Isom**_____    _____
   _(Street, RFD or Road)_        _(P.O. Box No.)_

   _____**Whitesburg**_____    _____    **KY**    **41858**
   _(City)_        _(County)_    _(State)_    _(Zip Code)_

2. Name of Insurance Carrier    **American International South Insurance Company**
   (NAME OF INSURER MUST BE THE SAME AS ON WCI-1)

   Address    **1375 East Ninth Street**        Phone No. **(216) 479-8910**

   **Cleveland, OH 44114**

3. The Insurer hereby notifies the Commissioner as of    **07/28/07**    (date).*

   THIS (Policy #)    **WC 720-94-31**    IS:

   (a) ___**x**___  Cancelled in entirety (Include in Item 1 above all business names covered under this policy
                    Use attachment if needed.) _____

   (b) _____  The name of insured is amended as follows: _____
                (PLEASE ATTACH FORM WCI-1 SHOWING NEW NAME)

   (c) _____  The address of insured is amended as follows:

       1. Location(s) added    _____
       2. Location(s) deleted    _____
       3. Address changed to    _____
          _(Use attachment if needed)_

   (d) _____  Other    _____
                (IF CARRIER NAME CHANGE, PLEASE ATTACH FORM WCI-1)

   **08/09/07**        _Vincent Catapano_ (signature)
   _(Date)_        SIGNATURE OF UNDERWRITER

EACH SECTION MUST BE COMPLETED IN ENTIRELY
AND BEAR AUTHORIZED SIGNATURE TO BE ACCEPTED FOR PROCESSING.

WCI-2
Rev. 12/94

**DEPARTMENT OF WORKERS' CLAIMS**
1270 Louisville Road
Frankfort, Kentucky 40601

**NOTICE OF POLICY CHANGE OR TERMINATION**

NO TERMINATION OF COVERAGE SHALL TAKE EFFECT GREATER THAN TEN (10) DAYS PRIOR TO RECEIPT BY THE COMMISSIONER UNLESS THE EMPLOYER HAS OBTAINED OTHER INSURANCE AND THE COMMISSIONER HAS BEEN NOTIFIED BY THE INSURER ASSUMING THE RISK...COMMISSIONER'S POLICY PROHIBITS CANCELLING MORE THAN THREE IN ADVANCE...

THIS IS TO CERTIFY THAT:

FEIN   54-2024819

1. Name of Insured   **Sapphire Coal Company**   ; DBA _____
   (Name of corporation or owners(s))

   Nature of Business  **Underground Coal Mining**   ; Phone No. _____

   Business Address:   **Sandlick Mine, Route 931**
   (Street, RFD or Road)                                (P.O. Box No.)

   **Whitesburg**                                              KY        41858
   (City)                        (County)                    (State)   (Zip Code)

2. Name of Insurance Carrier   **American International South Insurance Company**
   (NAME OF INSURER MUST BE THE SAME AS ON WCI-1)

   Address   **1375 East Ninth Street**           Phone No. **(216) 479-8910**

   **Cleveland, OH 44114**

3. The Insurer hereby notifies the Commissioner as of   **07/26/07**   (date),*

   THIS (Policy #)   **WC 720-94-31**   IS:

   (a)   __x__   Cancelled in entirely (Include in Item 1 above all business names covered under this policy
                 Use attachment if needed.)

   (b)   _____   The name of insured is amended as follows: _____
                 (PLEASE ATTACH FORM WCI-1 SHOWING NEW NAME)

   (c)   _____   The address of insured is amended as follows:

         1. Location(s) added    _____
         2. Location(s) deleted  _____
         3. Address changed to   _____
                                 (Use attachment if needed)

   (d)   _____   Other
                 (IF CARRIER NAME CHANGE, PLEASE ATTACH FORM WCI-1)

   __08/09/07__                              _Vincent Catapano_ (signature)
   (Date)                                    SIGNATURE OF UNDERWRITER

EACH SECTION MUST BE COMPLETED IN ENTIRELY
AND BEAR AUTHORIZED SIGNATURE TO BE ACCEPTED FOR PROCESSING.

WCI-2
Rev. 12/94

**DEPARTMENT OF WORKERS' CLAIMS**
1270 Louisville Road
Frankfort, Kentucky 40601

**NOTICE OF POLICY CHANGE OR TERMINATION**

NO TERMINATION OF COVERAGE SHALL TAKE EFFECT GREATER THAN TEN (10) DAYS PRIOR TO RECEIPT BY THE COMMISSIONER UNLESS THE EMPLOYER HAS OBTAINED OTHER INSURANCE AND THE COMMISSIONER HAS BEEN NOTIFIED BY THE INSURER ASSUMING THE RISK...COMMISSIONER'S POLICY PROHIBITS CANCELLING MORE THAN THREE IN ADVANCE...

THIS IS TO CERTIFY THAT:

FEIN    54-2024819

1. Name of Insured   **Sapphire Coal Company**   ; DBA _____
   (Name of corporation or owners(s))

   Nature of Business **Underground Coal Mining**   ; Phone No. _____

   Business Address:   **Poly Mine, Route 931**
   (Street, RFD or Road)                                    (P.O. Box No.)

   **Whitesburg**                                           **KY**      **41858**
   (City)                          (County)                 (State)     (Zip Code)

2. Name of Insurance Carrier   **American International South Insurance Company**
   (NAME OF INSURER MUST BE THE SAME AS ON WCI-1)

   Address  **1375 East Ninth Street**        Phone No. **(216) 479-8910**

   **Cleveland, OH 44114**

3. The Insurer hereby notifies the Commissioner as of        **07/28/07**        (date),*

   THIS (Policy #)        **WC 720-94-31**        IS:

   (a)   __x__   Cancelled in entirely (Include in Item 1 above all business names covered under this policy
                 Use attachment if needed.)

   (b)   _____  The name of Insured is amended as follows: _____
                 (PLEASE ATTACH FORM WCI-1 SHOWING NEW NAME)

   (c)   _____  The address of insured is amended as follows:

         1. Location(s) added     _____
         2. Location(s) deleted   _____
         3. Address changed to    _____
            (Use attachment if needed)

   (d)   _____  Other
                 (IF CARRIER NAME CHANGE, PLEASE ATTACH FORM WCI-1)

   **08/09/07**                              _Vincent Catapano_
   (Date)                                    SIGNATURE OF UNDERWRITER

   EACH SECTION MUST BE COMPLETED IN ENTIRELY
   AND BEAR AUTHORIZED SIGNATURE TO BE ACCEPTED FOR PROCESSING.

WCI-2
Rev. 12/94

**DEPARTMENT OF WORKERS' CLAIMS**
1270 Louisville Road
Frankfort, Kentucky 40601

**NOTICE OF POLICY CHANGE OR TERMINATION**

NO TERMINATION OF COVERAGE SHALL TAKE EFFECT GREATER THAN TEN (10) DAYS PRIOR TO RECEIPT BY THE COMMISSIONER UNLESS THE EMPLOYER HAS OBTAINED OTHER INSURANCE AND THE COMMISSIONER HAS BEEN NOTIFIED BY THE INSURER ASSUMING THE RISK...COMMISSIONER'S POLICY PROHIBITS CANCELLING MORE THAN THREE IN ADVANCE...

THIS IS TO CERTIFY THAT:

FEIN   54-2024819

1. Name of Insured   **Sapphire Coal Company**   ;   DBA _____
   (Name of corporation or owners(s))

   Nature of Business   **Underground Coal Mining**   ;   Phone No. _____

   Business Address: _____7727 Highway 931N_____
                     (Street, RFD or Road)                                         (P.O. Box No.)

   _____Whitesburg_____                                    _____                _____KY_____   _____41858_____
   (City)                                       (County)                            (State)         (Zip Code)

2. Name of Insurance Carrier   **American International South Insurance Company**
   (NAME OF INSURER MUST BE THE SAME AS ON WCI-1)

   Address   **1375 East Ninth Street**                   Phone No. **(216) 479-8910**

   **Cleveland, OH 44114**

3. The Insurer hereby notifies the Commissioner as of   _____07/28/07_____   (date),*

   THIS (Policy #)   _____WC 720-94-31_____   IS:

   (a)   __x__   Cancelled in entirety (Include in Item 1 above all business names covered under this policy
                 Use attachment if needed.)

   (b)   _____   The name of insured is amended as follows: _____
                 (PLEASE ATTACH FORM WCI-1 SHOWING NEW NAME)

   (c)   _____   The address of insured is amended as follows:

         1. Location(s) added       _____
         2. Location(s) deleted     _____
         3. Address changed to      _____
                                    (Use attachment if needed)

   (d)   _____   Other _____
                 (IF CARRIER NAME CHANGE, PLEASE ATTACH FORM WCI-1)

   _____08/09/07_____                        _____/s/ Vincent Catapano_____
        (Date)                                    SIGNATURE OF UNDERWRITER

EACH SECTION MUST BE COMPLETED IN ENTIRELY
AND BEAR AUTHORIZED SIGNATURE TO BE ACCEPTED FOR PROCESSING.

WCI-2
Rev. 12/94

**DEPARTMENT OF WORKERS' CLAIMS**
1270 Louisville Road
Frankfort, Kentucky 40601

**NOTICE OF POLICY CHANGE OR TERMINATION**

NO TERMINATION OF COVERAGE SHALL TAKE EFFECT GREATER THAN TEN (10) DAYS PRIOR TO RECEIPT BY THE COMMISSIONER UNLESS THE EMPLOYER HAS OBTAINED OTHER INSURANCE AND THE COMMISSIONER HAS BEEN NOTIFIED BY THE INSURER ASSUMING THE RISK...COMMISSIONER'S POLICY PROHIBITS CANCELLING MORE THAN THREE IN ADVANCE...

THIS IS TO CERTIFY THAT:

FEIN   54-2024819

1. Name of Insured   **Sapphire Coal Company**  ;  DBA _____
   *Name of corporation or owners(s)*

   Nature of Business **Underground Coal Mining**  ;  Phone No. _____

   Business Address: **147 Big Blue Blvd.** _____
   *(Street, RFD or Road)*                              *(P.O. Box No.)*

   **Whitesburg** _____  _____  **KY**  **41858**
   *(City)*                *(County)*        *(State)*  *(Zip Code)*

2. Name of Insurance Carrier   **American International South Insurance Company**
   (NAME OF INSURER MUST BE THE SAME AS ON WCI-1)

   Address   **1375 East Ninth Street**   Phone No. **(216) 479-8910**

   **Cleveland, OH 44114**

3. The Insurer hereby notifies the Commissioner as of   **07/26/07**   (date),*

   THIS (Policy #)   **WC 720-94-31**   IS:

   (a)   **x**   Cancelled in entirely (Include in Item 1 above all business names covered under this policy Use attachment if needed.) _____

   (b) _____   The name of Insured is amended as follows: _____
                (PLEASE ATTACH FORM WCI-1 SHOWING NEW NAME)

   (c) _____   The address of insured is amended as follows:

        1. Location(s) added _____
        2. Location(s) deleted _____
        3. Address changed to _____
           *(Use attachment if needed)*

   (d) _____   Other _____
                (IF CARRIER NAME CHANGE, PLEASE ATTACH FORM WCI-1)

**08/09/07**                                        *[signature: Vincent Catapano]*
*(Date)*                                              SIGNATURE OF UNDERWRITER

EACH SECTION MUST BE COMPLETED IN ENTIRELY
AND BEAR AUTHORIZED SIGNATURE TO BE ACCEPTED FOR PROCESSING.

TRANSMISSION VERIFICATION REPORT

```
TIME    : 08/09/2007 13:03
NAME    :
FAX     :
TEL     :
SER.#   : BROL5J377756
```

```
DATE,TIME          08/09 13:01
FAX NO./NAME       915025640916
DURATION           00:01:35
PAGE(S)            07
RESULT             OK
MODE               STANDARD
                   ECM
```



# AIG Global Marine and Energy

1375 East 9th Street, 30th Floor, Cleveland, Ohio 44114

| Date: | August 9, 2007 | Pages (including cover): | 7 |
|---|---|---|---|
| | **TO** | | **FROM** |
| **Name:** | Regina Goettel | | Kathy Merriner |
| **Company/Dept:** | | | AIG Global Energy |
| **Location:** | Kentucky | | Cleveland, OH |
| **Fax Number:** | 502-564-0916 | | 216-696-2842 |
| **Phone Number:** | 502-564-5550 ext. 4564 | | 216-479-8910 |
| **Email Address** | | | kathy.merriner@aig.com |

Attached are the WCI-2s for:

- Surface Minerals Company
- Sapphire Coal Company