AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA. and AMERICAN
INTERNATIONAL SOUTH INSURANCE COMPANY,

V.

THE UNITED COMPANY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 3147

JUDGE CEDARBAUM

TO: (Name and address of Defendant)

The United Company
1005 Glenway Avenue
Bristol, Virginia 24201-3473

YOU ARE HEREBY SUMMONED and required to serve on Petitioner's ATTORNEY (name and address)

Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, New York   10022

an answer to the ~~complaint~~ petition which is served on you with this summons, within ___20*___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the ~~complaint~~. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a ~~reasonable~~ petition period of time after service.

* or as directed by the Court

J. MICHAEL McMAHON                                MAR 28 2008
CLERK                                             DATE
Jessica Doss
(By) DEPUTY CLERK

**COURT OF THE STATE/CITY OF NEW YORK**
**COUNTY OF:** DISTRICT OF NEW YORK   **ATTORNEY:** GREG M BERBARD, ESQ

NATIONAL UNION FIRE INS CO OF PITTSBURGH, PA., ET AL
- against -
THE UNITED CO

Petitioner(s)
Plaintiff(s)
Respondent(s)
Defendant(s)

**AFFIDAVIT OF SERVICE**

INDEX# 08 CV 3147

**STATE OF:** Virginia — **COUNTY OF:** Roanoke ss:

Don Hogan, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in _____.
That on date/time: 4-3-08, at 1005 GLENWAY AVE BRISTOL VA, 24201
deponent served the within: SUMMONS, COMPLAINT, Notice of Motion, Petition, Memorandum of Law
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: THE UNITED COMPANY
[ ] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]** By personally delivering to and leaving with said THE UNITED COMPANY and that he knew the person so served to be the person mention and described in said SUMMONS, COMPLAINT

**CORPORATION B [X]** By delivering to and leaving with Michelle Burnette at United Co. 1005 Glenway Ave Bristol VA and that he knew the person so served to be the Paralegal - Receptionist Authorized to Accept of the corporation.

**SUITABLE AGE PERSON C [ ]** Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the recipient's [ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. D [ ]** By affixing a true copy thereof to the door of said premises, the same being the recipient's [ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at: 1. ___ 2. ___ 3. ___
Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE E1 [ ]** Use with C or D. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at _____ and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on _____.

**MAILING TO BUSINESS E2 [ ]** Use with C or D. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at _____ in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____.

**F [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS. DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION** Use with A,B,C,D
[ ] Male  [X] Female
[X] White Skin  [ ] Black Skin  [ ] Yellow Skin  [ ] Brown Skin  [ ] Red Skin
[X] Black Hair  [ ] Brown Hair  [ ] Blonde Hair  [ ] Gray Hair  [ ] Red Hair
[ ] White Hair  [ ] Balding  [ ] Moustache  [ ] Beard  [ ] Glasses
[ ] 14-20 Yrs.  [X] 21-35 Yrs.  [ ] 36-50 Yrs.  [ ] 51-65 Yrs.  [ ] Over 65 Yrs.
[ ] Under 5'  [ ] 5'0"-5'3"  [X] 5'4"-5'6"  [ ] 5'9"-6'0"  [ ] Over 6'
[ ] Under 100 Lbs.  [ ] 100-130 Lbs.  [X] 131-160 Lbs.  [ ] 161-200 Lbs.  [ ] Over 200 Lbs.
Other identifying features: _____

**WITNESS FEE G [ ]** Witness fee of $0 the authorizing traveling expenses and one day's witness fee; [ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE [X]** I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. Defendant wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this 3rd day of April, 2008
Notary Signature: Tammy Beckner
Name of Notary: TAMMY BECKNER
Notary Public
Commonwealth of Virginia
Reg. # 348290
My Commission Expires Jan. 31, 2011

I, Don Hogan, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.
Signature of Process Server: Don Hogan   Date: 4-3-08 - 9:54AM